UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

DEUTSCHE BANK TRUST COMPANY :
AMERICAS, f/k/a BANKERS TRUST :
COMPANY, as TRUSTEE :
　　　　　　　　　　　　　　　　:
　　　　　Plaintiff :
　　　　　　　　　　　　　　　　: NO. 3:CV-05-1494
　　　-vs- :
　　　　　　　　　　　　　　　　: (Judge Kosik)
ANTHONY ADEBOWALE and :
CYNTHIA ALLI-BALOGUN, :
　　　　　　　　　　　　　　　　:
　　　　　Defendants :

## **ORDER**

Counsel having reported to the court that the above-captioned case has been settled, it is hereby ordered that this case is **DISMISSED** without costs and without prejudice to the right, upon good cause shown within thirty (30) days, to reinstate the action if the settlement is not consummated.

　　　　　　　　　　　　　　　　　　s/Edwin M. Kosik
　　　　　　　　　　　　　　　　　　United States District Judge

Dated:   March 14, 2007